## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:11-cv-1195 |
| | ) |
| v. | ) |
| | ) |
| DEAN R. SONNER, | ) |
| BARBARA A. SONNER, | ) Judge James G. Carr |
| AMERICAN 1ST TITLE AGENCY, INC., TRUSTEE | ) |
| KEY BANK NATIONAL ASSOCIATION, and | ) |
| FIRST FEDERAL SAVINGS AND LOAN | ) |
| ASSOCIATION OF TOLEDO, | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT AGAINST DEAN R. SONNER

Judgment is entered *nunc pro tunc* in favor of the Plaintiff United States of America and against the Defendant Dean R. Sonner for federal income taxes, penalties, interest, and fees and collection costs for the years 2002, 2008, and 2009, and for federal employment taxes, penalties, interest, and fees and collection costs for the periods ending September 30, 2000, September 30, 2001, December 31, 2001, June 30, 2003, September 30, 2003, December 31, 2003, March 30, 2004, and June 30, 2004, and for federal unemployment tax, penalties, and interest for the period

ending December 31, 2004, in the total amount of $296,039.01, plus such additional amounts as may have accrued after June 2, 2011, as provided by law, and taking into account all payments and credits after June 2, 2011.

Date: <u>  June 29    </u>, 2015          <u>s/James G. Carr                    </u>
                                            Sr. U.S. District Judge